UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HAROLD VINCENT (#73128)

                                         CIVIL ACTION

VERSUS

                                         NO. 12-5-FJP-DLD

CHRISTINE NOLAND, ET AL

O P I N I O N

    After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which no objection was filed:

    The Court finds that this action should be dismissed, without prejudice, for failure of the plaintiff to pay the Court's filing fee.

    Judgment shall be entered accordingly.

    Baton Rouge, Louisiana, March 7, 2012.

                                     FRANK J. POLOZOLA
                                    MIDDLE DISTRICT OF LOUISIANA

---

[1]Rec. Doc. No. 4.

Doc#47741